RECEIVED
OCT 0 5 2021
Attorney General's Office
Juneau

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

## FOURTH JUDICIAL DISTRICT AT FAIRBANKS

Ray Wilson as Personal )
Representative of the Estate of )
Shawn Wilson, and Ray Wilson, )
and Jean Wilson, Individually, )
)
                Plaintiffs, )
)
v. )
)
State of Alaska, by and through it's )
Department of Public Safety and Alaska )
State Troopers, and individually )
Trooper Brian Hibb, and John Does. )
)
                Defendants. )
_____ ) Case No. 4FA-21-1736 CI

## COMPLAINT

Plaintiffs, by and through their undersigned attorney, hereby set out their cause of action as follows:

## PRELIMINARY STATEMENT

1. This suit is an action for compensatory and punitive damages arising from a wrongful death and a violation of civil rights.

2. Plaintiff Ray Wilson and Jean Wilson are husband and wife and residents of Fairbanks, Alaska, in the Fourth Judicial District, State of Alaska.

3. Individual defendants Brian Hibbs and John Does were all domiciled in Fairbanks, Alaska, in the Fourth Judicial District, State of Alaska when this wrongful death occurred.

4. Plaintiff Ray Wilson was duly appointed as the Personal Representative of the Estate of Decedent, his son, Shawn Wilson in Case No. 4FA-19-00307 PR.

STEPOVICH LAW OFFICE
543 Second Avenue
Suite A
Fairbanks, Alaska 99701
Tel: (907) 456-6600
Fax: (907) 290-5666

Page 1 of 5

Wilson v. State of Alaska, et al
Complaint
4FA-21-

Exhibit A - Page 1 of 5
Case 4:21-cv-00025-JWS   Document 1-1   Filed 10/27/21   Page 1 of 5

5. Shawn Wilson died on or about June 15, 2019.

6. At all times relevant, the individual defendants operated within the course and scope of their employment and under color of the authority, regulations, customs and usages of the State of Alaska, and pursuant to the official procedures and policies of defendants as created by defendants acting under color of their authority as such. In the alternative, they were operating outside the course and scope of their employment.

7. This being a complaint based both on state law negligence claims and on claims asserting a violation of the civil rights of the decedent, jurisdiction of the Court is invoked pursuant to AS 22.10.020 and 42 U.S.C. §1983.

8. Defendant Brian Hibb's and John Does reckless and intentional actions in using excessive force resulted in the wrongful death of decedent, Shawn Wilson, and a violation of his rights under the 4th and 14th amendments of the Constitution of the United States.

9. On June 15, 2019, decedent Shawn Wilson was asleep at his parents Ray and Jean Wilson's home when troopers arrived in the early morning hours to serve an arrest warrant for a nonviolent crime that occurred in 2017.

10. Defendants Alaska State Trooper Brian Hibbs and John Does discharged their service weapons utilizing deadly force upon Shawn Wilson. The shooting was unnecessary and unwarranted in the performance of law enforcement duties, and constituted an unreasonable, unwarranted and excessive use of deadly force in violation of the 4th and 14th amendments of the U.S. Constitution.

11. Plaintiffs Ray and Jean Wilson were in the bedroom of their home when Defendants knocked on the door. They heard someone enter their home, shout, and

STEPOVICH
LAW OFFICE
543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-4600
Fax: (907) 290-5666

Page 2 of 5

Wilson v. State of Alaska, et al
Complaint
4FA-20-       CI
Case 4:21-cv-00025-JWS   Document 1-1   Filed 10/27/21   Page 2 of 5

Exhibit A - Page 2 of 5

then heard the fatal shots that killed their son Shawn Wilson. Following the shooting Troopers pulled guns on Mr. and Mrs. Wilson placing them both in handcuffs. They had been asleep in their bedroom prior to the troopers arrival.

12. After the State Troopers finally removed the handcuffs from the Wilsons they escorted them past their son's lifeless body as they continued their questioning and investigation of the fatal shooting that occurred.

11. Based on information and belief the cause of Shawn Wilson's death was from gunshot wounds. The manner of death, per his death certificate, was determined to be a homicide.

13. As a direct and proximate result of the shooting, Shawn Wilson was fatally wounded, for which the claims and damages are set forth below.

## COUNT I

14. Plaintiff hereby incorporates by reference all allegations contained within the preceding paragraphs as those set forth herein.

15. The law enforcement action in response to Shawn Wilson's actions were, in the alternative, either unreasonable, negligent, reckless, or intentional.

16. The shooting by the defendants was entirely unjustified by any actions of the decedent and constituted an unreasonable and excessive use of deadly force under state law and violated Shawn's rights under the 4th and 14th amendments all of which gives rise to a claim for damages under 42 U.S.C. § 1983.

17. The direct and proximate result of defendants' acts were that Shawn Wilson died.

STEPOVICH
LAW OFFICE
543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 290-5666

Page 3 of 5
Wilson v. State of Alaska, et al
Complaint
4FA-21-      CI
Exhibit A - Page 3 of 5
Case 4:21-cv-00025-JWS   Document 1-1   Filed 10/27/21   Page 3 of 5

18. The estate of Shawn Wilson has suffered damages in excess of the jurisdictional limits of this court, the amount to be decided at trial by a jury.

### COUNT II

19. Plaintiff hereby incorporates by reference all allegations contained within the preceding paragraphs as those set forth herein.

20. In doing this, Defendants' acted under color of State law, regulations, customs, or usages to deprive the decedent of his rights under the 4th and 14th amendments of the U.S. Constitution.

21. Defendant State of Alaska has grossly failed to train their personnel in the fundamental law of arrest and use of force in affecting arrest in that it allowed their personnel to shoot an individual whom there were serving an arrest warrant on for a non-violent crime that occurred in 2017.

22. Defendant State of Alaska, failed to properly and adequately train, re-train, supervise, investigate, and discipline individuals under their command or supervision, including the named defendant Trooper and John Does, so that the law, regulations, and policies relating to containment and apprehension of a suspect were not violated and the state either negligently or knowingly allowed them to practice outside of scope of their employment. As a direct and proximate result of the defendants' wrongful conduct, Shawn Wilson was fatally shot and killed by the law enforcement who utilized deadly force.

23. The estate of Shawn Wilson has suffered damages in excess of the jurisdictional limits of this court, the amount to be decided at trial by a jury.

STEPOVICH
LAW OFFICE
543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 290-5666

Page 4 of 5

Wilson v. State of Alaska, et al
Complaint
4FA-21-CI
Case 4:21-cv-00025-JWS   Document 1-1   Filed 10/27/21   Page 4 of 5

Exhibit A - Page 4 of 5

24. Plaintiffs Ray Wilson and Jean Wilson also seek damages for the negligent infliction of emotional distress suffered from hearing the commotion and fatal shots and then being escorted past the lifeless body of their son shortly after he was shot.

## PRAYER FOR RELIEF

1. The estate of Shawn Wilson has sustained economic loss by way of lost wages, loss of income, and medical expenses, and Shawn Wilson sustained pain and suffering and his mother and father's loss of solatium and support.

2. Plaintiffs' further expended funeral and burial expenses, resulting from the conduct of the defendants.

3. Wherefore plaintiff demands judgment awarding plaintiff's Estate damages for pain and suffering, wrongful death, punitive damages, a mother, and father's loss of solatium and support, property damage, attorney fees, costs, interest, and such other relief as the court may deem just and equitable.

Dated at Fairbanks, Alaska on this 15th day of June 2021.

STEPOVICH LAW OFFICE

By: _____
SANDRA K. ROLFE
ABA #: 1305009

STEPOVICH
LAW OFFICE
543 Second Avenue
Suite A
Fairbanks, Alaska
99701
Tel: (907) 456-6600
Fax: (907) 290-5666

Page 5 of 5

Wilson v. State of Alaska, et al
Complaint
4FA-21-      CI
Exhibit A - Page 5 of 5
Case 4:21-cv-00025-JWS   Document 1-1   Filed 10/27/21   Page 5 of 5